*Court's Copy*

**NOTICE OF ACCEPTANCE FOR VALUE AND RETURN FOR DISCHARGE**
**Exempt from Levy – 26 U.S.C. § 6334(a)(9)**

**In the United States District Court**
**For the Southern District of Ohio, Western Division (Dayton)**
**Case No. 3:25-cr-080**
Before: Hon. Walter H. Rice, U.S. District Judge
Magistrate: Hon. Peter B. Silvain, Jr.

**Re: Notice of Acceptance for Value, Return for Discharge, and Exemption from Levy**
**Trust/Account Name**: BONDARY MCCALL
**Trustee / Beneficiary**: [Bondaryl McCall or relevant name in private capacity]

**To**:
Clerk of Court/Court Administrator – U.S. District Court for the Southern District of Ohio
200 West Second Street
Dayton, Ohio 45402

**Copy To**:
Hon. Peter B. Silvain, Jr., U.S. Magistrate Judge
Hon. Walter H. Rice, U.S. District Judge
United States Attorney for the Southern District of Ohio

**NOTICE**

Please take notice that the undersigned, acting in the private and equitable capacity of trustee and secured party, hereby gives **lawful tender and acceptance for value** of the Order Setting Conditions of Release and all related instruments and obligations issued in connection with the above-captioned case.

Said instruments, being commercial in nature and issued under public policy, are hereby accepted for value, returned for discharge, and are **exempt from levy** under **26 U.S.C. § 6334(a)(9)**. All associated obligations are tendered and discharged through settlement and adjustment of the account in accordance with federal policy, **12 U.S.C. § 411**, and applicable Treasury procedures.

This tender constitutes full satisfaction and discharge of any associated obligation, claim, or liability arising from said order or any related filings, warrants, or financial assessments. All future obligations shall likewise be deemed settled and returned for discharge to the United States Treasury.

## DIRECTION FOR SETTLEMENT AND CREDIT

Please process and credit the accepted instrument(s) to the account of the United States Treasury for settlement and closure:

**Pay to the Order of:**
**U.S. Treasury**
**Office of Fiscal Service – Settlement Division**
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

This tender is made in good faith, in accordance with the Uniform Commercial Code and the laws of equity, without prejudice and without recourse.

## RESERVATION OF RIGHTS

The undersigned operates in the private, sui juris capacity, and reserves all unalienable rights under the Constitution for the United States of America (1789), Bill of Rights (1791), and all natural law principles recognized under divine and equitable jurisdiction.

**Respectfully Submitted,**

By: _[signature]_

**Bondaryl McCall**, Private Living Man
Trustee, BMS Network RVOC Living TR
c/o 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]
All Rights Reserved – Without Prejudice – UCC 1-308

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice has been deposited in the U.S. Mail, postage prepaid, on this 9th day of October, 2025, addressed to:

- Clerk of Court, U.S. District Court, Dayton, OH 45402
- Hon. Peter B. Silvain, Jr., U.S. Magistrate Judge
- Hon. Walter H. Rice, U.S. District Judge
- U.S. Attorney, Southern District of Ohio

Bondaryl McCall, Trustee
_[signature]_