AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **3:25 cr . 080** |
| | ) | |
| | ) | |
| BONDARY MCCALL | ) | **WALTER H. RICE** |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BONDARY MCCALL

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Retaliatory Lien Against Federal Official, in violation of 18 U.S.C. § 1521

Date:     09/23/2025

*Issuing officer's signature*

City and state:     Dayton, Ohio

THOMAS M. ROSE, U.S. District Court Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)*   4/24/2025 , and the person was arrested on *(date)*  9/25/2025 | | |
| at *(city and state)*   Atlanta , GA . | | |
| Date:     9/25/2025 | | *Arresting officer's signature* |
| | | Max DeWald, Special Agent |
| | | *Printed name and title* |