IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:25-CR-080(2)** |
| Plaintiff, | |
| vs. | **JUDGE WALTER H. RICE** |
| **BONDARY MCCALL** | |
| Defendant. | |

## MOTION TO WITHDRAW AS STANDBY COUNSEL

Now comes the Federal Public Defender's Office and F. Arthur Mullins counsel for defendant herein, and hereby moves this Court for an Order permitting them to withdraw from this captioned matter, and relieving them from all future obligations to represent defendant in this matter for the reasons stated in the attached Memorandum.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/F. Arthur Mullins
F. Arthur Mullins (0080483)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
1 South Main Street
Dayton, Ohio 45402
(937) 225-7687
Art_Mullins@fd.org

Attorney for Defendant

## MEMORANDUM

On October 9, 2025, Assistant Federal Public Defender F. Arthur Mullins was appointed as standby counsel to Mr. McCall. (electronically filed at Docket Number 24, 10/14/2025).

At this time, the Federal Public Defender's Office requests that they be allowed to withdraw as counsel for Mr. McCall due to a breakdown in client communication with counsel.

Wherefore, it is requested that the Federal Public Defender's Office, Federal Public Defender F. Arthur Mullins be permitted to withdraw and that they be relieved of any further obligation to represent Mr. McCall in this matter.

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/F. Arthur Mullins
F. Arthur Mullins (0080483)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
1 South Main Street
Dayton, Ohio 45402
(937) 225-7687
Art_Mullins@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/F. Arthur Mullins
F. Arthur Mullins