## NOTICE OF LODGING ORIGINAL BILL IN EQUITY

*(Private Chambers Filing – Not for Statutory Docket Entry)*

To: The Honorable Clerk of Court
U.S. District Court – Southern District of Ohio, Dayton Division
200 West Second Street, Room 712
Dayton, Ohio 45402

From: Bondaryl McCall, sui juris
c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

Date: October 18, 2025

**Re:** Lodging of Original Bill in Equity in Chambers — For Equitable Review and Redress

Please take private notice that the attached **Original Bill in Equity** is hereby **lodged** in chambers for the exclusive purpose of invoking the **inherent equitable jurisdiction** of this honorable Court sitting in **conscience and equity**.

This lodging is:

- Not a statutory filing under civil or criminal code,
- Not intended to invoke the public docket or procedural law,
- Made in private capacity for the equitable relief and correction of fiduciary breach,
- In accordance with the Judicature Act principle and the right to seek redress in equity.

If no equitable file currently exists, you are respectfully directed to **open a private equity register in chambers**, under seal or in private review, for the purpose of:

- Receiving the Original Bill in Equity,
- Recording its lawful tender, and
- Allowing conscience to determine further remedy.

Respectfully submitted,
this 18th day of October, 2025.

**/s/ Bondaryl McCall**    BM— (17CV0684)
Complainant, In Propria Persona

**UPDATED CHAMBERS COVER LETTER**

*(To accompany Lodging of Original Bill in Equity)*

**Bondaryl McCall**
c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

Date: October 18, 2025

**To:**
The Honorable **Walter H. Rice**
Sitting in Chambers — Equity Jurisdiction Invoked
U.S. District Court – Southern District of Ohio
Dayton Division – Chambers of the Court
200 West Second Street
Dayton, Ohio 45402

**RE:** Lodging of Original Bill in Equity — Private Equitable Matter in Chambers

To the Honorable Chancellor or Designated Judicial Officer:

I write in the capacity of a private man and Complainant in equity, respectfully lodging an **Original Bill in Equity** for the Court's conscience and private chambers review.

This Bill is not a statutory or procedural filing, but an invocation of the Court's **original equitable jurisdiction** under the binding principle of the **Judicature Act of 1873**, which affirms that:

"Wherever there is any conflict between the rules of law and equity, the rules of equity shall prevail."

The matter involves a **constructive trust** and **fiduciary breach** arising from a lawful tender of instruments, which were not returned or credited by the party named herein as **Respondent**: Edward R. Rose. Said Respondent acted in a private fiduciary capacity, distinct from his prior judicial station, and has referred the matter for criminal prosecution in conflict with the rights of equity.

This lodging is made:

- For the preservation of the **trust res** held constructively,
- For notice to this honorable tribunal of **fiduciary failure,**
- To invoke redress by **conscience and private equity**, not by law,

- And to request the **establishment or recognition of a private equity register or chamber file**, distinct from the public docket.

This submission should be received as **lodged in equity**, not as a civil or criminal motion, and certainly not as a commercial or adversarial instrument.

Enclosed:

- One (1) Verified Original Bill in Equity
- One (1) Notice of Lodging
- One (1) Certificate of Service (to Respondent in private capacity)

Thank you for your faithful execution of conscience, equity, and duty.

**In good faith and honor,**

**/s/ Bondaryl McCall**
Complainant, sui juris
In Propria Persona

BCpML (17CV0684)

**ORIGINAL BILL IN EQUITY**

*(For Equitable Relief: Constructive Trust, Subrogation, Exoneration, and Declaratory Relief)*

**IN THE COURT OF EQUITY**
**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION**
*Sitting in Equity and Conscience*

**COMPLAINANT (Your Orator):**
**Bondaryl McCall**, sui juris, private man,
beneficial equitable title holder,
c/o: 2500 Dallas Highway, Suite 202-1312,
Marietta, Georgia [30064],

v.

**RESPONDENT:**
**Edward R. Rose**, private man,
formerly acting as U.S. District Judge,
now alleged to be acting in private fiduciary capacity,
200 West Second Street,
Dayton, Ohio [45402].

**TO THE HONORABLE CHANCELLOR OF THIS COURT:**

Your Orator, **Bondaryl McCall**, by special deposit, respectfully comes before this Honorable Court, invoking the exclusive and inherent jurisdiction in equity, and states as follows:

## I. JURISDICTIONAL INVOCATION AND NATURE OF CLAIM

### NOTICE OF PRIVATE STATUS AND RIGHT TO PETITION

Your Orator provides formal notice that all communications, tenders, and equitable notices filed herein are the result of private, peaceful action under natural and equitable law. These actions constitute the exercise of:

- The right to maintain **privacy of records and communications**, free from unauthorized use, conversion, or reinterpretation by any agency or entity;

- The **inherent right to petition for redress of grievance** before a competent and impartial tribunal sitting in conscience and equity.

If no such record exists reflecting the private, equitable status of this matter, the Court and its officers are **directed to create or update a proper equity register or file** reflecting the same.

This equitable notice and invocation is not commercial, adversarial, or criminal in nature and must not be construed as such.

This Original Bill in Equity is brought not under statutory authority or civil procedure, but pursuant to the **inherent, pre-constitutional jurisdiction** of a **Court of Equity and Conscience**, arising from the **custom, maxims, and doctrines of equity** that bind all who receive trust property and refuse to account.

1. **This Bill is submitted under the binding principle of the Judicature Act of 1873**, that:

"Wherever there is any conflict or variance between the rules of equity and the rules of law, the rules of equity shall prevail."

2. Complainant appears as a **private man**, not engaged in commerce or agency, but standing solely in equity, seeking:

- Redress for a fiduciary breach
- Return of property held in constructive trust
- Exoneration from obligations not lawfully incurred

3. All filings, tenders, and communications presented by Complainant herein are to be:

- **Recognized as private communications in equity**,
- **Recorded in chambers**, under an **equity file or register**,
- **Not converted** into statutory filings, commercial instruments, or public claims without the express, voluntary, and written consent of the Complainant.

4. If no file exists in equity, the Court and its officers are **hereby directed to open a private equitable file**, in chambers, for the sole purpose of:

- Preserving the **trust res**,
- Receiving this equitable claim, and
- Responding in the proper jurisdiction — that of equity, not law.

## II. FACTUAL AVERMENTS

5. On or about [insert date], your Orator did lawfully tender instruments of value ("the Trust Res") into the possession of Respondent **Edward R. Rose**, at the U.S. District Court in Dayton, Ohio.

6. Said tender was made in good faith, to satisfy or discharge alleged obligations and invoke the equitable doctrines of redemption, exoneration, and set-off.

7. The Respondent, having accepted or taken custody of the Trust Res, failed to return, credit, or acknowledge the tender.

8. Upon such failure, Respondent ceased acting as a judicial officer and became, in equity, a **trustee de son tort**, holding the property in constructive trust.

9. To preserve the Trust Res, your Orator filed a **UCC-1 Financing Statement**, giving public notice of the equitable interest, and naming Respondent in his private capacity — not as a judge.

10. The filing was protective, noncommercial, and equitable in nature.

11. Nevertheless, the Respondent referred the matter to the U.S. Attorney, and a criminal indictment was sought, contrary to equity and due process.

### III. EQUITABLE BASIS FOR RELIEF

12. Equity imposes a constructive trust when property is held by one who, in good conscience, ought not to retain it. (*Pomeroy §1052–1057*)

13. The fiduciary nature of Respondent's holding is undeniable; refusal to return or credit the res constitutes a breach.

14. Complainant has no remedy at law. All remedies are found in equity, and the maxims apply:

- Equity regards as done that which ought to be done
- Equity abhors a forfeiture
- Equity will not suffer a wrong to be without a remedy

### IV. PRAYER FOR RELIEF

WHEREFORE, your Orator prays:

A. That this Court take original jurisdiction in equity;

B. That Respondent be summoned to answer in his **private capacity** as constructive trustee;

C. That the Court declare:

- The existence of a constructive trust;
- That Respondent was not acting in judicial office;
- That the tender was lawful and the filing proper;
- That no injury to a public official occurred;

D. That the Court order:

- Return or credit of the Trust Res;
- Entry of private accounting;

- Cease and desist from criminal mischaracterization;

E. That your Orator be exonerated from any presumed obligations;
F. That subrogation rights be confirmed;
G. That all equitable relief as may be just and proper be granted.

**Respectfully submitted,**
this 18th day of October, 2025.

**/s/ Bondaryl McCall**
Complainant, In Propria Persona
c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

---

## VERIFICATION

I, Bondaryl McCall, the Complainant herein, do solemnly affirm that I have read the foregoing Bill in Equity, know the contents thereof, and that the facts stated therein are true to the best of my knowledge, belief, and understanding, in good conscience and honor.

Executed and affirmed this 18th day of October, 2025.

**By:** /s/ Bondaryl McCall
Complainant, sui juris

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Original Bill in Equity has been served upon:

**Edward R. Rose**, private man
c/o: 200 West Second Street
Dayton, Ohio [45402]

by [X Certified Mail / ☐ Personal Delivery / ☐ Other: _____ ] on this 18th day of October, 2025.

**By:** /s/ Bondaryl McCall
Complainant, In Propria Persona

9589 0710 5270 3015 3146 71

FROM:
Bonclaryt McCall, Sui Juris
In Propria Persona - Private American Man
℅ 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]
Special Deposit

Equity acts in personam.
Conscience is the Court.

RE: Lodging of Verified Original
    Bill in Equity
  • Not for public docketing
  • Not Submitted under Statutory Jurisdiction
  • Lodged for Chambers Conscience and fiduciary Correction
  • Concerning fiduciary breach and Constructive trust

TO:
The Honorable Walter H. Rice
Chancellor Sitting in Equity and Conscience
United States District Court
Southern District of Ohio
CHAMBERS OF THE COURT
200 West Second Street
Dayton, Ohio [45402]

NOTICE: This envelope contains a Verified Original Bill in Equity, lodged pursuant to Principles of the Judicature Act and the Customs of Chancery. It is presented for private