**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION**
**SITTING IN EQUITY AND CONSCIENCE**

---

**Bondaryl McCall,**
*Living Man and Trustee, by Special Deposit,*
**Petitioner in Equity,**

v.

**Edward R. Rose, in private capacity,**
**Respondent.**

[Case Number Pending or Under Seal]

---

**NOTICE AND REQUEST FOR IN CAMERA REVIEW (CHANCELLOR IN EQUITY)**

Comes now the undersigned, **Bondaryl McCall**, sui juris, proceeding in private capacity as Trustee and living man, and respectfully provides notice that all prior and present submissions in the above-captioned matter, including but not limited to:

- The **Verified Bill in Equity** (lodged pursuant to the Judicature Act),
- Supporting affidavits and trust-related instruments,
- And the accompanying **Motion for Declaratory Hearing in Equity**,

were submitted exclusively **by special deposit**, and not as general filings or statutory pleadings. These instruments concern **a private trust res**, fiduciary obligations, and the application of **equity maxims** rather than legal procedures.

Petitioner therefore respectfully requests that this matter be received and reviewed **in camera** (in chambers) by the honorable **Chancellor Walter H. Rice**, sitting in equity, to:

1. Preserve the integrity and privacy of the trust estate,
2. Prevent public confusion or misclassification under statutory procedure,
3. And ensure that conscience, not commercial presumption, governs the review and disposition of the res.

This request is made without waiver, under reservation of all equitable rights and protections.

Respectfully submitted,
This 19th day of October, 2025

**/s/ Bondaryl McCall**, sui juris
Trustee and Living Man
By Special Deposit Only

BM (17CV0684)

c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

---

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Notice was served upon the following:

- **Edward R. Rose,**
  200 West Second Street
  Dayton, Ohio 45402
  (in private capacity)

- **Clerk, U.S. District Court – Southern District of Ohio, Dayton Division**
  Federal Building
  200 W. Second Street, Room 712
  Dayton, OH 45402

/s/ Bondaryl McCall
Date: 10/20/2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION**
**SITTING IN EQUITY AND CONSCIENCE**

---

**Bondaryl McCall,**
*Living Man and Trustee, by Special Deposit,*
**Petitioner in Equity,**

v.

**Edward R. Rose, in private capacity,**
**Respondent.**

[Case Number Pending or Under Seal]

---

## MOTION FOR DECLARATORY HEARING IN EQUITY (BY SPECIAL DEPOSIT)

Comes now the undersigned, **Bondaryl McCall**, sui juris, appearing as a living man and lawful **Trustee**, not in joinder with any legal fiction or statutory person, and proceeding **by special deposit**, and respectfully moves this honorable Court, **sitting in equity and conscience** under the **Judicature Act**, to set this matter for a **Declaratory Hearing in Equity** within ten (10) business days or as the Chancellor may determine proper.

---

### GROUNDS FOR RELIEF

1. Petitioner has previously submitted a **Verified Bill in Equity**, pursuant to the Judicature Act, invoking the exclusive **jurisdiction in equity** based on:

    - A private trust relationship,
    - A fiduciary breach resulting in a **constructive trust**,
    - And the failure of the Respondent to return instruments tendered under trust or credit the account as required in conscience.

2. The Respondent, **Edward R. Rose**, was named in his **private capacity**, having ceased to act as a judicial officer when he failed to acknowledge the tender made to the court, and thereby assumed the duties and liabilities of a **trustee ex maleficio** by operation of equity.

3. Said tender, made by Petitioner in good faith and under trust, has not been lawfully returned, credited, nor resolved, creating an outstanding **equitable controversy** requiring the attention of this Court sitting in conscience.

4. The Verified Bill in Equity and supporting instruments were all submitted **by special deposit**, preserving all rights, titles, and standing, and no statutory submission, public joinder, or commercial remedy is sought.

5. **Declaratory relief is necessary and proper**, to:
   - Determine the equitable rights and duties of the parties,
   - Clarify the proper standing of the Petitioner as Trustee,
   - Prevent further damage to the trust res, and
   - Provide instruction to the parties to avoid further breach or confusion.
6. There exists **no adequate remedy at law**, and the legal process has thus far failed to address the equity at issue.

## RELIEF REQUESTED

Petitioner respectfully prays:

1. That this Court, through the honorable Chancellor Walter H. Rice, set this matter for a **Declaratory Hearing in Equity** within ten (10) business days, or at the Court's earliest equitable convenience;
2. That the matter be reviewed and administered **in equity and conscience**, under the Judicature Act and maxims of equity;
3. That all instruments submitted by Petitioner remain acknowledged as being **by special deposit**, and not as general public filings;
4. That this Court grant such other and further equitable relief as conscience and justice require.

Respectfully submitted,
This ﬁfth day of October, 2025

/s/ **Bondaryl McCall**, sui juris
Trustee and Living Man
By Special Deposit Only
c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion has been served upon:

- **Edward R. Rose,**
  200 West Second Street
  Dayton, Ohio 45402
  (in private capacity)

- **Clerk, U.S. District Court – Southern District of Ohio, Dayton Division**
  Federal Building
  200 W. Second Street, Room 712
  Dayton, OH 45402

/s/ Bondaryl McCall
Date: 10/20/2025

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION**
**SITTING IN EQUITY AND CONSCIENCE**

**Bondaryl McCall,**
*Living Man and Trustee, by Special Deposit,*
**Petitioner in Equity,**

v.

**Edward R. Rose, et al.,**
**Respondents.**

**PRIVATE NOTICE OF EQUITABLE PRIVACY AND CONSCIENCE STANDING**

**AND INSTRUCTION TO MAINTAIN NON-STATUTORY EQUITY RECORD**

To the Honorable Court, Clerk, and any Officers receiving this equity matter:

Comes now **Bondaryl McCall**, sui juris, proceeding **by Special Deposit only**, and respectfully lodges this private notice as a matter of conscience and trust.

1. **Privacy in Equity:**
   Petitioner proceeds in equity alone and does not submit to statutory classifications. The private and identifying materials submitted are part of a **private trust relationship** and are not to be accessed, disclosed, or administratively processed under any statutory, civil, or commercial construct.

2. **Conscience and Moral Right:**
   Petitioner's appeal lies in conscience, trust, and good faith. This filing reflects the moral and equitable duty to preserve fiduciary integrity and protect the trust res. No civil jurisdiction, agency, or statute has been invoked nor consented to.

3. **Instruction to Maintain Record:**

- The Clerk and staff are to maintain this matter in a **non-commercial, equity-only record**.

- If no such record exists, one must be created under seal of private equity lodgment.

- No conversion of this matter to civil, criminal, or administrative jurisdiction is permitted.

4. **No Joinder or Submission:**
   Petitioner expressly denies all joinder to statutory personhood, ens legis status, or administrative presumption. The trust res at issue remains protected in conscience and in private deposit.

This notice is made in good faith and honor, and is not a motion, plea, or civil instrument, but a necessary and proper act of record in conscience.

Respectfully submitted,

**/s/ Bondaryl McCall**     BCPM (17CV0484)
Bondaryl McCall, sui juris
Trustee and Living Man
By Special Deposit Only
c/o: [Your Full Mailing Address]
Email: bondary7105@gmail.com
Phone: (614) 354-0705

Date: 10/19/2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION
SITTING IN EQUITY AND CONSCIENCE**

---

**Bondaryl McCall,**
*Living Man and Trustee, by Special Deposit,*
**Affiant and Petitioner in Equity**

v.

**Edward R. Rose, in private capacity,
Respondent.**

[Case No. _____ ]

---

**AFFIDAVIT OF UNDERSTANDING REGARDING EQUITY, CONSCIENCE, AND JURISDICTION**

I, **Bondaryl McCall**, sui juris, competent in law and standing in honor, do hereby solemnly affirm, state, and declare the following as **truth, understanding, and lawful notice to the Court**:

1. That I am a living man, not a legal fiction, not an ens legis, not a statutory entity or representative, but appearing exclusively **by special deposit** and **in private capacity** as Trustee and Beneficiary.

2. That all my filings and instruments in this matter are made **under equity**, pursuant to the ancient and continuing jurisdiction in conscience, not under statute, contract, or civil rules.

3. That I have moved the Court in **equity**, not in law, for redress of a fiduciary controversy, and that said Court is requested to sit as a **Chancellor**, not as a statutory judge.

4. That the **res** (property, value, or security) relevant to this controversy has been duly tendered, conveyed, or identified as part of a private trust estate, and is held under the principles of fiduciary obligation.

5. That in equity, the Court does not act sua sponte, but must be moved to act **in conscience**, with clear notice of breach, injury, or controversy not resolvable at law.

6. That equity abhors multiplicity of suits, and I have sought equitable remedy only after the exhaustion or failure of administrative and statutory remedy.

7. That equity follows the law, but **prefers substance to form**, and seeks to do justice even where the law is silent, imperfect, or inadequate.

8. That **no joinder** is given, **no submission to civil jurisdiction** is made, and all rights are **expressly reserved and protected** by the nature of this special deposit.

9. That I request the honorable Court and the assigned **Chancellor Walter H. Rice** to:

- Acknowledge this matter as being solely within equity jurisdiction,
- Receive and preserve all instruments under seal or private record,
- And proceed in camera or in conscience, as is proper where trust and fiduciary rights are at issue.

I affirm that this affidavit is made truthfully, without intent to mislead, and for the express purpose of guiding the Court and preserving equity.

Respectfully submitted and affirmed,

**/s/ Bondaryl McCall**, sui juris
Trustee and Living Man
By Special Deposit Only
c/o: 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia [30064]

---

### VERIFICATION

I, Bondaryl McCall, affirm under penalty of perjury under the laws of equity and the united States of America, that the foregoing is true, correct, and complete to the best of my understanding and belief.

Executed this __4th__ day of __October__, 2025.
**Signature:** _____
**Name: Bondaryl McCall**
**Private Trustee, by Special Deposit**

ll, bondary, Sui Juris/Trustee
Propria Persona - Private American Man
oo Dallas Highway - Suite 202-1312
etta, Georgia [30064]
ial Deposit

Lodging of Submissions
ot for public docketing
lot Submitted under Statutory Jurisdiction
odged for Chambers Conscience
rd Fiduciary Correction
oncerning Fiduciary breach

Conscience is the Court.

To:
The Honorable Walter H. Rice
Chancellor Setting in Equity and Conscience
United States District Court
Southern District of Ohio
**CHAMBERS OF THE COURT**
200 West Second Street
Dayton, Ohio [45402]

ICE: This envelope contains Submissions in equity, lodged pursuant to the
ciples of the Judicature Act and the Customs of Chancery. It is presented for Private
w in Chambers and must not be routed through Civil, Criminal or Commercial Processi
ams.