**CERTIFICATE OF SERVICE**

**Re: Notice of Special Cause for De Novo Review – In Equity and In Chambers**

**Case No. 3:25-cr-80(2)**

I, **Bondaryl McCall©**, the living man and Beneficiary of the private trust estate, do certify that a true and correct copy of the attached **Notice of Special Cause for De Novo Review – In Equity and In Chambers** has been served upon the following parties by [☐ U.S. Mail / ☐ Certified Mail / ☐ Email / ☐ Hand Delivery], on this ___ day of _____, 2026:

**1. Clerk of Court – U.S. Court of Appeals, Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(For Lodging in Chambers – Private Equity Matter)

**2. Amy M. Smith**
Assistant United States Attorney
Office of the U.S. Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402

**3. Eric Lunderman**
Assistant United States Attorney
Office of the U.S. Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402

**4. Judge Walter H. Rice**
United States District Court
Walter H. Rice Federal Building & U.S. Courthouse
200 West Second Street
Dayton, Ohio 45402
(Lodging in Chambers – For Judicial Notice Only)

**5. Jim Fleisher**
Counsel (appearing for Ens Legis)
Bieser, Greer & Landis LLP
Email: jpf_biesergreer.com

**6. Eagle Law Office**
(Unknown party claiming interest or representation)
Email: eaglelawoffice@cc.com

Executed this 21th day of January 2026,
Without the United States, in equity and in honor.

Respectfully,

**Bondaryl McCall©**
Living Man / Trust Executor
All Rights Reserved – UCC 1-308

**NOTICE OF SPECIAL CAUSE FOR DE NOVO REVIEW**
In Equity and In Chambers
To: U.S. Court of Appeals for the Sixth Circuit
Re: United States v. BONDARYL MCCALL (Case No. 3:25-cr-80(2))
Date: January 21, 2026

**NOTICE TO THE COURT:**

I, **Bondaryl McCall©**, a living man, Beneficiary and Executor of the Private Trust Estate, appear **specially and not generally**, without the United States, and without consent to joinder or submission to any legal fiction, statutory process, or at-law proceedings.

This notice is issued to invoke **de novo equitable review** of a jurisdictional error and constitutional breach now occurring in the U.S. District Court for the Southern District of Ohio, Dayton Division.

**GROUNDS FOR REVIEW**

1. The lower court has proceeded under a **captioned misnomer** ("Bondary McCall"), a legal fiction not lawfully joined to me, nor lawfully identified in the indictment or plea offer. My lawful name is **Bondaryl McCall**, as established by court order.

2. The jurisdiction of the District Court was formally challenged on the record. The challenge was neither answered nor resolved judicially, but administratively overruled **without a hearing or findings**, violating due process.

3. The presiding AUSA (Amy Smith) has stated for the record that **"equity was abolished"**, and the court proceeded to ignore equitable objections — despite the fact that equity jurisdiction remains preserved under FRCP 2 and long-settled jurisprudence.

4. The court has refused to recognize:
    - The perfected equitable tender of the trust res;
    - The filing of the Warehouse Receipt (WR);
    - And the commercial instruments duly recorded and served, in trust.

5. The matter now proceeds as a **trespass upon a private trust estate**, in dishonor and breach of public trust, under color of law and in absence of verified injured party.

## NOTICE TO THE APPELLATE COURT

This is not a statutory appeal, nor a general appearance in commerce.

This is a **special equitable cause**, arising from the lower court's **failure to acknowledge or resolve a jurisdictional challenge**, and its continued prosecution under commercial fiction, contrary to the clean hands and private standing of the living man.

This Court is now required to take notice and either:

- (a) Order the lower court to halt all proceedings pending hearing in equity and correction of jurisdiction, **or**
- (b) Accept this matter in chambers for **de novo review**, on the basis of jurisdictional failure and trespass against a living man and his private estate.

**Respectfully,**
**Bondaryl McCall©**
Living Man, Executor & Beneficiary
Private Trust Estate
All Rights Reserved – UCC 1-308
In Propria Persona, Sui Juris
c/o 2500 Dallas Highway, Suite 202-1312, Marietta, Georgia [30064]
(614) 354-0705; bondary7105@gmail.com

**AFFIDAVIT OF STANDING**
**In Equity and In Chambers**
**Re: United States v. Bondaryl McCall – Case No. 3:25-cr-80(2)**

I, **Bondaryl McCall©**, a living man on the land, competent to speak and act in my own right, declare under penalty of perjury under the laws of the United States of America that the following is true, correct, and complete to the best of my knowledge, belief, and firsthand experience:

### I. STATUS AND IDENTITY

1. I am a **living, breathing man**, not a corporation, trust res, legal fiction, or artificial person.

2. My correct name is **Bondaryl McCall**, as confirmed by lawful court order.

3. The party named in the indictment, **"Bondary McCall,"** is a misnomer and not me. I have not authorized use of that variation for legal or commercial process.

4. I have not consented to, nor do I act as, **surety** for any artificial entity or statutory fiction.

### II. TRUST ESTATE AND RECORD

5. All property, title, and interest associated with my living estate have been properly conveyed into **private trust**.

6. A **Warehouse Receipt (WR)** and **UCC Financing Statement** are on public record, identifying the secured and separated nature of the estate and res.

7. There exists **no verified claim** or controversy between living parties. No party has rebutted the perfected interest or the standing in trust.

### III. CHALLENGE TO JURISDICTION

8. I do **not appear generally** in the court below, nor do I consent to joinder or submission to the jurisdiction of that court acting at law.

9. I raised a **formal jurisdictional challenge**, which was ignored or denied without hearing, remedy, or adjudication on the record.

10. The court and prosecution have both proceeded under **fiction,** in dishonor, and now trespass upon a private trust estate.

11. This is not a matter of controversy between men and women. No injury or verified claim has been made by a living party. Equity abhors fiction.

### IV. RESERVATION OF RIGHTS

12. I do not waive any natural rights, equitable standing, or interest in the estate.

13. This affidavit is made for the record, in good faith, to correct presumption and to establish **proper standing in equity**.

14. All actions contrary to this affidavit are done without consent and are hereby rebutted.

Executed this 21th day of Janaury 2026
Without the United States, in honor, equity, and clean hands.

**By: /s/ mccall, bondaryl**

**Bondaryl McCall©**
Living Man / Executor & Beneficiary
All Rights Reserved – UCC 1-308

**Pursuant to in the nature of 28 U.S.C. § 1746:**
*"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct."*

**Executed on:** January 21, 2026

**Bethany Russell**

| | |
|---|---|
| **From:** | Bondary Mccall <bondary7105@gmail.com> |
| **Sent:** | Wednesday, January 21, 2026 8:03 PM |
| **To:** | Bethany Russell |
| **Subject:** | Re: Special Deposit – In chamber only |
| **Attachments:** | CERTIFICATE OF SERVICE – Sixth Circuit.docx; NOTICE OF SPECIAL CAUSE FOR DE NOVO REVIEW – Sixth Circuit.docx; AFFIDAVIT OF STANDING – Sixth Circuit.docx |

**CAUTION - EXTERNAL:**



On Wed, Jan 21, 2026 at 7:11 PM Bondary Mccall <bondary7105@gmail.com> wrote:

Email tracked with Mailsuite · Opt out

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1