**IN CHAMBERS – PRIVATE TRUST SUBMISSION**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO — DAYTON DIVISION**

**Case No.:** 3:25-cr-80(2)
**Title:** *United States v. BONDARYL MCCALL*

**DEMAND FOR TRACING, ACCOUNTING, AND DISCLOSURE OF TRUST RES**

*(Tendered In Equity – By Private Trust Trustee)*

I, **Bondaryl McCall**, a living man and the lawful Trustee of a private express trust duly formed and established by conveyance of the res herein, submit this **Demand for Tracing and Disclosure** under the principles of equity, good conscience, and right conduct, and declare as follows:

## I. STATUS AND NOTICE OF TRUST

1. The **res** of the above-entitled matter—namely, the case number **3:25-cr-80(2)** and any instruments, securities, financial claims, or collateral arising therefrom—has been duly conveyed to a **private trust estate** for which I am the Trustee.

2. In said capacity, I have entered the court and record **not as defendant**, but solely as **trustee** for the benefit of the estate. I have tendered a **Warehouse Receipt (WR)** and rebutted all presumptions of consent, joinder, or "permitted entity" status associated with the ens legis or artificial person.

3. As the rightful titleholder to the res, I assert equitable standing and serve this **demand for tracing and disclosure** of all commercial uses, encumbrances, or monetization of the estate or its derivatives.

## II. EQUITABLE RIGHT TO TRACING

4. Equity regards all parties who hold or use trust property without legal or equitable title as **constructive trustees**. The court and its officers, upon notice of this trust, are thereby **charged with fiduciary obligations** if proceeding upon the res.

5. It is a settled maxim that:

*"A court of equity will not suffer a wrong to be without a remedy,"*
and *"Where there is a right, there is a remedy."*

6. Tracing is a core right in equity. The rightful titleholder may **follow the property**—or its proceeds—into any form or into the hands of any party, and **demand restitution or discharge**.

## III. FORMAL DEMAND

I, **Bondaryl McCall**, Trustee, hereby demand:

1. Full **accounting and tracing** of all bonds, securities, instruments, GSA registrations, and monetized accounts associated with or derived from Case No. 3:25-cr-80(2);

2. Disclosure of **all parties**, public or private, who have acted as fiduciaries, underwriters, or holders of the res or its proceeds;

3. Confirmation of **all public bonding instruments** (performance, bid, payment, or appearance bonds), and any use of the case number for financial collateral;

4. A complete **cease and desist** of all unauthorized commercial or judicial use of the trust estate;

5. Full **return, release, or discharge** of any interests, presumptions, or liabilities tied to the res.

## IV. AUTHORITIES IN SUPPORT

- *Pomeroy's Equity Jurisprudence*, §1053–§1061
- *Gibson's Suits in Chancery*, §50–§53
- Maxims of Equity:
    - "Equity regards as done that which ought to be done"
    - "He who seeks equity must do equity"
    - "Equity acts in personam"

---

Respectfully and without prejudice, tendered for **in chambers review**, pursuant to the judicial duty to administer equity independently of the docket of law.

Executed this 22nd day of January, 2026.

**By:**
Bondaryl McCall, Trustee
Private Living Trust

---

## CERTIFICATE OF SERVICE

I, Bondaryl McCall, do hereby certify that on this 22nd day of January, 2026, I caused a true and correct copy of the foregoing **Demand for Tracing, Accounting, and Disclosure of Trust Res** to be served by first-class U.S. Mail and/or electronic mail to the following:

- **Eric Lunderman, AUSA**
  United States Attorney's Office
  [Insert physical or known email address]

- **Amy M. Smith, AUSA**
  United States Attorney's Office
  [Insert physical or known email address]

- **Jim Fleisher, Attorney**
  jpf@biesergreer.com

- **Eagle Law Office**
  eaglelawoffice@cc.com

**Bondaryl McCall, Trustee**
Private Living Trust
℅ 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia 30064
January 22, 2026

**The Honorable Judge Walter H. Rice**
United States District Court
Southern District of Ohio – Dayton Division
Federal Building
200 West Second Street
Dayton, OH 45402

**RE: In Chambers Lodging – Demand for Tracing, Accounting, and Disclosure of Trust Res**
**Case No.: 3:25-cr-80(2)**
**Title: United States v. Bondaryl McCall**

### Chambers Review – Equitable Submission by Trustee

Dear Judge Rice,

Please accept the enclosed equitable submission **for in chambers consideration only**. This filing is submitted **by special appearance in the private capacity of Trustee** of the private trust estate to which the res of the above-captioned case has been lawfully conveyed.

The matter concerns a demand for **tracing, accounting, and full disclosure** of all financial instruments, securities, or commercial interests derived from or collateralized by the trust res—specifically, any monetization or use of the case number or associated filings.

This submission is **not presented on the general docket side** of the court, and I respectfully request that it remain with chambers for equity review only. A Certificate of Service is attached reflecting notice to all relevant parties.

Thank you for your attention and consideration of this equitable demand.

Respectfully and without prejudice,
*in private capacity only*

**By:**
Bondaryl McCall, Trustee
Private Living Trust
℅ 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia 30064

And lodged **in chambers** via hand delivery or mailing to:

- **The Honorable Judge Walter Rice**
  U.S. District Court, Southern District of Ohio
  Federal Building, 200 W. 2nd St.
  Dayton, OH 45402

Executed under penalty of perjury.

**By:**
Bondaryl McCall, Trustee

**AFFIDAVIT OF STANDING AND DEMAND FOR TRACING**
**(Submitted under Penalty of Perjury – in the nature of 28 U.S.C. § 1746)**

I, **Bondaryl McCall**, a living man, competent to testify, and acting in the private capacity as **Trustee** of a private express trust, do hereby declare under penalty of perjury under the laws of the United States of America that the following is true, correct, and complete to the best of my knowledge, belief, and firsthand experience:

### I. STANDING AS TRUSTEE

1. I am the lawfully appointed and acting Trustee of a private trust formed in good faith, and I hold legal title to the res associated with **United States v. Bondaryl McCall**, Case No. **3:25-cr-80(2)**.

2. Said res—namely, the case number, associated charges, records, and any commercial instruments, bonds, or securities derived therefrom—has been duly **conveyed to trust** by affidavit, tender, and recorded assignment.

3. I have at no time voluntarily consented to serve as surety or legal representative for the artificial person or entity captioned in this case.

### II. NOTICE OF EQUITABLE TITLE AND DEMAND FOR TRACING

4. I have issued a **Warehouse Receipt (WR)** for the res and provided notice to all parties that the estate is not abandoned and has been reclaimed in equity.

5. Equity requires that when trust property is used without authority, the holder or user becomes a **constructive trustee** subject to accountability and restitution.

6. Accordingly, I **demand a full tracing and accounting** of all instruments, funds, securities, or revenue generated by, or related to, the res, including any monetization or use by the court, U.S. Attorney, Clerk, or third parties.

## III. PRESERVATION OF RIGHTS

7. This affidavit is submitted for **in chambers equity review**, not for general docket processing.

8. I reserve all rights, remedies, and titles, and waive none.

Executed this 22nd day of January, 2026
Under penalty of perjury pursuant to 28 U.S.C. § 1746

**By:/s/mccall, bondaryl**
Bondaryl McCall, Trustee
Private Living Trust
℅ 2500 Dallas Highway, Suite 202-1312
Marietta, Georgia 30064

# Bethany Russell

| | |
|---|---|
| **From:** | Bondary Mccall <bondary7105@gmail.com> |
| **Sent:** | Thursday, January 22, 2026 12:40 PM |
| **To:** | Bethany Russell |
| **Subject:** | Special Deposit - In Chamber Review Only |
| **Attachments:** | Demand for Tracing - Dayton Case.docx; In Chambers Lodging – Demand for Tracing, Accounting, and Disclosure of Trust Res.docx; AFFIDAVIT OF STANDING AND DEMAND FOR TRACING - Dayton Case.docx |

**CAUTION - EXTERNAL:**

 Email tracked with Mailsuite · Opt out

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1