**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – DAYTON**

UNITED STATES OF AMERICA

v.

CHRISTOPHER DOWTIN and BONDARY MCCALL

**Case No. 3:25-cr-80**

**Hon. Walter H. Rice**

**NOTICE AND DEMAND FOR DISCOVERY AND FIDUCIARY ACCOUNTING**

**BY PRINCIPAL CREDITOR AND BENEFICIAL OWNER OF THE ESTATE**

COMES NOW, Bondaryl McCall, appearing by right, in propria persona, not as surety, defendant, nor legal fiction, and not by contract or license, but as the Principal Creditor and Beneficial Owner of the private living estate being wrongfully subjected to administrative presumption. This filing gives formal notice of the lawful discovery demand entered into the record on January 23, 2026, during the hearing in the above-captioned matter, and incorporates a direct demand for full fiduciary accounting related to any and all presumption of administration or constructive trust over the estate.

**DISCOVERY DEMANDED**

You are hereby noticed and ordered to produce the following:

1. The full CUSIP Number or identifiers assigned to the NAME or estate referenced in the above-captioned matter.

2. Copies of any and all GSA Bonds, commercial instruments, or negotiable securities issued, traded, monetized, or hypothecated in connection with the NAME, estate, Social Security Number, or any legal derivative or fictional entity presumed to be attached thereto.

3. Any and all records involving Treasury Direct, Pay.gov, or any government accounts accessed, created, or funded in the name of the undersigned or the estate using SSA-89 OMB forms under Title 31, or any similar administrative instruments.

4. Records of any and all tax forms or reporting documents submitted to the Internal Revenue Service bearing the Social Security Number or related account, including but not limited to:

   o IRS Form 1099-OID

   o IRS Form 1099-A

   o IRS Form 1099-B

   o IRS Form 1099-C

   o IRS Form 1099-NEC or 1099-MISC

5. Internal ledgers, offset logs, or accounting records reflecting funds pulled, allocated, discharged, or transferred using the estate account or legal fiction presumed to be associated with the undersigned.

6. **Full fiduciary accounting** of all funds, bonds, securities, and instruments administered, held, or presumed held in trust by any agency, office, or instrumentality of the UNITED STATES in relation to the estate of Bondaryl McCall — including, but not limited to, presumptions arising from minor status, abandonment, guardianship, or death.

---

**PRESUMPTION REBUTTED – DUTY TRIGGERED**

This demand rebuts all presumption of abandonment, incompetency, minor status, or constructive trust. The living principal is on record and before the court. The estate is claimed. The appearance is made under rights reserved.

Accordingly, fiduciary duties are fully active, and accounting is no longer optional.

---

**INTENT AND STANDING**

This demand is not a motion nor request. It is a lawful and equitable notice perfected on the record. It is made by the living principal, not the legal fiction. The undersigned does not submit to inferior jurisdictions nor waive equity standing. No statute or rule abrogates the right of a principal to demand full accounting when administration is presumed.

The Assistant United States Attorney, Amy Smith, has declared the government has no obligation to respond unless all procedural conditions are met. While equity rejects such

position as fraudulent on its face, this filing meets and exceeds all procedural standards to eliminate excuse and expose any further concealment or fiduciary breach.

## FAILURE TO RESPOND

Failure to respond will constitute:

- Tacit admission of fiduciary concealment
- Presumption of improper use of the estate for financial gain
- Triggering of judicial estoppel and commercial liability
- Grounds for further equity enforcement under Article III review

Respectfully Submitted,

**Bondaryl McCall**
In Propria Persona, Sui Juris
Principal Creditor & Beneficial Owner of the Estate
By Special Appearance Only
All Rights Reserved

Date: **January 24, 2026**
Location: Dayton, Ohio

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this filing was delivered to the following parties on the date below:

**Amy Smith**
Assistant United States Attorney
United States Attorney's Office
200 W. Second Street, Room 602
Dayton, OH 45402

**Clerk of Court**
United States District Court
Southern District of Ohio – Dayton Division
200 W. Second Street
Dayton, OH 45402

**Thomas G. Eagle**
Attorney at Law
3400 N. State Route 741
Lebanon, OH 45036
Phone: (937) 743-2545
Fax: (937) 704-9826
Email: eaglelawoffice@cs.com

**Jim Fleisher**
Counsel (appearing for Ens Legis)
Bieser, Greer & Landis LLP
Email: jpf@biesergreer.com
Website: www.eaglelawoffice.com

Signature: /s/ mccall, bondaryl
Bondaryl McCall
Date: **January 24, 2026**

**Bethany Russell**

| | |
|---|---|
| **From:** | Bondary Mccall <bondary7105@gmail.com> |
| **Sent:** | Saturday, January 24, 2026 10:11 AM |
| **To:** | Bethany Russell |
| **Subject:** | Demand for accounting |
| **Attachments:** | Discovery for Dayton Case.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Special Deposit

Email tracked with Mailsuite · Opt out

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.