# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DOWTIN,<br><br>BONDARY MCCALL<br>  aka BONDARYL MCCALL,<br><br>Defendants. | CASE NO. 3:25-cr-80<br><br>JUDGE WALTER H. RICE<br><br>SUPERSEDING INDICTMENT<br><br>18 U.S.C. § 1521 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### [18 U.S.C. § 1521]
### (Retaliatory Lien Against Federal Official)

Beginning on an exact date unknown but continuing to on or about June 2, 2025, in the Southern District of Ohio and elsewhere, defendants **CHRISTOPHER DOWTIN** and **BONDARY MCCALL aka BONDARYL MCCALL** filed, attempted to file, and conspired to file in the public records of the Maryland Department of Assessments and Taxation a false lien and encumbrance against the real and personal property of District Court Judge Thomas M. Rose, an officer and employee of the United States Government, on account of the performance of official duties by that individual, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a claim that

District Court Judge Thomas M. Rose owed **CHRISTOPHER DOWTIN** $32,495,888.58.

All in violation of 18 U.S.C. § 1521.

A TRUE BILL

_S/_
FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**ERICA D. LUNDERMAN (0098342)**
**Assistant United States Attorneys**