THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | |
| v. | : | Case No. 3:25-cr-80(2) |
| CHRISTOPHER DOWTIN, et al., | : | Judge Walter H. Rice |
| Defendants. | : | |

---

ORDER OVERRULING MOTION TO STAY JUDGMENT PENDING
APPEAL OF DEFENDANT BONDARYL, a/k/a BONDARY, MCCALL
(DOC. #161)

---

Before the Court is Defendant Bondaryl, a/k/a Bondary, McCall's Motion to

Stay Judgment Pending his Appeal to the United States Court of Appeals for the

Sixth Circuit. (Motion, Doc. #161). On June 30, 2026, McCall was sentenced to

thirty-six months imprisonment after being convicted of one count of Filing a

Retaliatory Lien Against a Federal Official. (Judgment, Doc. #153, PAGEID 1252,

citing 18 U.S.C. § 1521). McCall filed a Notice of Appeal on July 2, 2026, (Doc.

#155), and has moved the Court to stay the above Judgment against him pending

appeal. Having reviewed McCall's Notice, the undersigned concludes that his

theory on appeal is legally and objectively frivolous, and pursuant to the Court's

inherent authority to manage the disposition of matters before it, *Abshire v.

Davol, Inc.*, No. 2:18-cv-168, 2018 WL 2538746, *2 (S.D. Ohio Jun. 4, 2018) (Sargus,

C.J.), quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936), the Court

OVERRULES the Motion to Stay.  McCall shall be subject to the Judgment,

including incarceration, pending appeal.

IT IS SO ORDERED.

*Walter H. Rice*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

July 17, 2026